IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      CIVIL ACTION NO. 3:16-1703

PAR INDUSTRIAL CORPORATION,

    Defendant.

**ORDER**

Pending before the Court is the parties' Joint Motion for Stay of Litigation. ECF No. 47. The parties have informed the Court that Defendant has agreed to a consent decree and the Government is now seeking the proper approvals from the Department of Justice and the Environmental Protection Agency. The Government expects the approvals and the subsequent thirty-day public comment period to take 90 to 120 days. Upon approval of the consent decree by the Government and after the public comment period, the parties shall submit the proposed consent decree to the Court for final approval. Should the parties require more than 120 days to complete this process, they should inform the Court promptly and file the proper motion to extend the stay.

Accordingly, the Motion to Stay is **GRANTED**. The case shall be **STAYED** for no more than 120 days so that the parties may complete the approval and public comment process.

The Court **DIRECTS** the Clerk to send a copy of this Opinion and Order to counsel of record and any unrepresented parties.

ENTER:     June 9, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE